Dismissed and Memorandum Opinion filed April 30, 2009








Dismissed
and Memorandum Opinion filed April 30, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00777-CV

____________

 

SOUTHWEST REDEVELOPMENT AS THE PROPERTY OWNERS AND THE
PROPERTY OWNERS, Appellants

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL
REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT, Appellees

 

 



 

On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2007-52098

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 18, 2008.  The clerk=s record was filed on October 13,
2008.  No reporter=s record was taken.  No brief was filed.








On March
5, 2009, this Court issued an order stating that unless appellants submitted
their brief, together with a motion reasonably explaining why the brief was
late, on or before April 6, 2009, the Court would dismiss the appeal for want
of prosecution.  See Tex. R. App.
P. 42.3(b).

Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Seymore, Brown, and
Sullivan.